UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

CATHY L. HAGER, on behalf of herself and )
all others similarly situated, )
)
    Plaintiff, )
)
v. ) Civ. Action No. 5:19-cv-00484
)
OMNICARE, INC., )
)
    Defendant. )
)
)
)

## PARTIES' STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The parties, by and through undersigned counsel, hereby stipulate, under Southern District of West Virginia Local Rule 12.1, to an extension of time through August 23, 2019, for Defendant Omnicare, Inc. to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 12th day of July 2019.

| For Plaintiff Cathy L. Hager: | For Defendant Omnicare, Inc.: |
|---|---|
| s/ *Thomas R. Goodwin* | s/ *Ashley C. Pack* |
| Thomas R. Goodwin (WV Bar No. 1435) | Anna M. Dailey (WV Bar No.4525) |
| Susan C. Wittemeier (WV Bar No. 4104) | Ashley C. Pack (WV Bar No. 10477) |
| W. Jeffrey Vollmer (WV Bar No. 10277) | **DINSMORE & SHOHL LLP** |
| Carrie Goodwin Fenwick (WV Bar No. 7164) | 707 Virginia St. E., Suite 1300 |
| **GOODWIN & GOODWIN, LLP** | Charleston, WV 25301 |
| 300 Summers Street, Suite 1500 | (304) 357-9937 |
| Charleston, WV 25301 | ashley.pack@dinsmore.com |
| (304) 346-7000 | anna.dailey@dinsmore.com |
| trg@goodwingoodwin.com | |
| scw@goodwingoodwin.com | Nancy E. Rafuse, *pro hac vice* anticipated |
| wjv@goodwingoodwin.com | James J. Swartz, Jr., *pro hac vice* anticipated |
| cgf@goodwingoodwin.com | J. Stanton Hill, *pro hac vice* anticipated |
| | Andrew M. McKinley, *pro hac vice* anticipated |
| Harold L. Lichten, *pro hac vice* anticipated | **POLSINELLI PC** |

Zachary L. Rubin, *pro hac vice* anticipated
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
zrubin@llrlaw.com

1201 West Peachtree Street, NW, Suite 1100
Atlanta, GA 30309
(404) 253-6000
nrafuse@polsinelli.com
jswartz@polsinelli.com
jshill@polsinelli.com
amckinley@polsinelli.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I caused to be served a true copy of PARTIES' STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT by electronic means (ECF) on:

Thomas R. Goodwin (WV Bar No. 1435)
Susan C. Wittemeier (WV Bar No. 4104)
W. Jeffrey Vollmer (WV Bar No. 10277)
Carrie Goodwin Fenwick (WV Bar No. 7164)
**GOODWIN & GOODWIN, LLP**
300 Summers Street, Suite 1500
Charleston, WV 25301
(304) 346-7000
trg@goodwingoodwin.com
scw@goodwingoodwin.com
wjv@goodwingoodwin.com
cgf@goodwingoodwin.com

Harold L. Lichten, *pro hac vice* anticipated
Zachary L. Rubin, *pro hac vice* anticipated
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
zrubin@llrlaw.com

*s/Ashley C. Pack*

*Counsel for Defendant Omnicare, Inc.*