## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

CATHY L. HAGER,

    Plaintiff,

v.                                            CIVIL ACTION NO.  5:19-cv-00484

OMNICARE, INC.,

    Defendant.

### ORDER

The Court will hold a telephonic scheduling conference in the above-styled case on **December 16, 2019, at 1:30 p.m.**  The call-in information for the call is as follows: 888-273-3658.  The access code is 1039652 to be placed on hold pending the start of the call.

**IT IS SO ORDERED.**

The Clerk is ordered to transmit copies of this Order to any unrepresented parties and counsel of record herein.

ENTERED:  December 2, 2019



Frank W. Volk
United States District Judge