UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| CATHY L. HAGER, on behalf of herself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>OMNICARE, INC.,  )<br>)<br>Defendant.  )<br>) | Civ. Action No. 5:19-cv-00484 |

**DEFENDANT'S MOTION TO STRIKE THE NOTICE OF CONSENT FILED BY EUGENE MESSICK AND TO DISMISS HIM WITHOUT PREJUDICE**

By and through undersigned counsel, Defendant Omnicare, Inc. moves to strike Eugene Messick's Notice of Consent to Join and Authorization to Represent ("Notice of Consent") (Dkt. No. 34-1), and dismiss him without prejudice from this action for lack of personal jurisdiction and improper venue. Defendant submits the accompanying Memorandum of Law in Support of its Motion.

DATED:  January 24, 2020                              Respectfully submitted,

                                                      **DINSMORE & SHOHL LLP**

                                                      */s/ Ashley C. Pack*
                                                      Ashley C. Pack (WV Bar No. 10477)
                                                      Anna M. Dailey (WV Bar No. 4525)
                                                      707 Virginia St. E., Suite 1300
                                                      Charleston, WV 25301
                                                      (304) 357-9937
                                                      ashley.pack@dinsmore.com
                                                      anna.dailey@dinsmore.com

                                                      **SEYFARTH SHAW LLP**

                                                      Nancy E. Rafuse (*pro hac vice*)
                                                      James J. Swartz (*pro hac vice*)

61396398v.1

J Stanton Hill (*pro hac vice*)
Andrew M. McKinley (*pro hac vice*)
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:     (404) 885-1500
Facsimile:      (404) 892-7056
nrafuse@seyfarth.com
jswartz@seyfarth.com
shill@seyfarth.com
amckinley@seyfarth.com

*Counsel for Defendant Omnicare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I caused to be served a true copy of **DEFENDANT'S MOTION TO STRIKE THE NOTICE OF CONSENT FILED BY EUGENE MESSICK AND TO DISMISS HIM WITHOUT PREJUDICE** by electronic means (ECF) on:

Thomas R. Goodwin
Susan C. Wittemeier
W. Jeffrey Vollmer
Carrie Goodwin Fenwick
**GOODWIN & GOODWIN, LLP**
300 Summers Street, Suite 1500
Charleston, WV 25301
(304) 346-7000
trg@goodwingoodwin.com
scw@goodwingoodwin.com
wjv@goodwingoodwin.com
cgf@goodwingoodwin.com

Harold L. Lichten
Zachary L. Rubin
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
zrubin@llrlaw.com

*/s/ Ashley C. Pack*
Ashley C. Pack

*Counsel for Defendant Omnicare, Inc.*

61396398v.1