UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

CATHY L. HAGER,

    Plaintiff,

v.                                     CIVIL ACTION NO.  5:19-cv-00484

OMNICARE, INC.,

    Defendant.

## ORDER

For reasons appearing to the Court, the telephonic scheduling conference scheduled on **Monday, February 3, 2020, at 2:30 p.m**. is **CONTINUED** to **Friday, March 6, 2020, at 10:00 a.m.**  The call-in information for the call is as follows: 888-273-3658. The access code is 1039652 to be placed on hold pending the start of the call.

The Clerk is ordered to transmit copies of this Order to any unrepresented parties and counsel of record.

                                           ENTERED:    January 31, 2020

                                                          Frank W. Volk
                                                           United States District Judge