UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**CATHY L. HAGER, on behalf of herself**
**and all others similarly situated,**
                                    **Plaintiff,**
**v.**                                                            Case No. 5:19-cv-00484
**OMNICARE, INC.,**
                                    **Defendant.**

## ORDER

Pending before the Court is the parties' Joint Motion for Settlement Approval Modification.  [Doc. 125.]  For good cause shown, the Court **GRANTS** the joint motion and approves the proposed settlement modifications.   This supplemental approval is hereby incorporated by reference into the Court's prior Memorandum Opinion and Order Granting Joint Motion for Court Approval of Settlement.  [Doc. 124.]

The Court directs the Clerk to send a copy of this Order to counsel of record and to any unrepresented parties.

ENTER:        January 12, 2022

Frank W. Volk
United States District Judge

Prepared and agreed to by:

*On Behalf of Plaintiff:*
**GOODWIN & GOODWIN, LLP**

*/s/ Thomas R. Goodwin*
Thomas R. Goodwin (WV Bar No. 1435)
Susan C. Wittemeier (WV Bar No. 4104)
W. Jeffrey Vollmer (WV Bar No. 10277)
300 Summers Street, Suite 1500
Charleston, WV 25301
(304) 346-7000
trg@goodwingoodwin.com
scw@goodwingoodwin.com
wjv@goodwingoodwin.com

**LICHTEN & LISS-RIORDAN, P.C.**
Harold L. Lichten (pro hac vice)
Zachary L. Rubin (pro hac vice)
729 Boylston St., Suite 2000
Boston, MA 02116
(617) 994-5800
Hlichten@llrlaw.com
zrubin@llrlaw.com

*On Behalf of Defendants:*
**DINSMORE & SHOHL LLP**

*/s/ Ashley C. Pack*
Ashley C. Pack (WV Bar No. 10477)
Anna M. Dailey (WV Bar No. 4525)
707 Virginia St. E., Suite 1300
Charleston, WV 25301
Tel.: (304) 357-9937
ashley.pack@dinsmore.com
anna.dailey@dinsmore.com

**SEYFARTH SHAW LLP**
James J. Swartz (pro hac vice)
Nancy E. Rafuse (pro hac vice)
J. Stanton Hill (pro hac vice)
Andrew McKinley (pro hac vice)
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
jswartz@seyfarth.com
nrafuse@seyfarth.com
shill@seyfarth.com
amckinley@seyfarth.com